

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**LAWRENCE S. HAN**
(516) 357-3148
lawrence.han@rivkin.com

September 19, 2023

**VIA ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   Jasmine Toro v. White Elegance, Inc.
            Action No.: 23-cv-7055-SHS
            RR File No.:  013838.00001

Dear Honorable Sidney Stein:

      This office was retained on September 18, 2023, to represent defendant White Elegance, Inc. ("Defendant") in the above-mentioned lawsuit. We write to request a forty-five (45) day extension of Defendant's time to respond to the putative class action complaint.  Defendant was served on or about August 29, 2023, and the docket states that its response to the complaint is due on or before September 19, 2023. We request that the Court extend Defendant's time to respond through November 3, 2023. This application is made in compliance with Fed.R.Civ.P 6(b)(1)(A) and Your Honor's Individual Rules in 1 (E).

      The extension is needed so that we may meaningfully consult with the Defendant concerning the complex allegations raised in the putative class action complaint concerning our client's website and defenses thereto. We also hope to have an opportunity to discuss the claim with Plaintiff's counsel and explore whether an early resolution of the suit is likely prior to incurring the cost of preparation and service of Defendant's response.

      This request is being made with the consent of Mars Khaimov, counsel for the plaintiff, and there have been no prior requests for an extension of time to respond to the complaint.  The parties further request that the initial pretrial conference, which is currently scheduled for October 26, 2023, be adjourned to a date after November 3, 2023.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

RIVKIN RADLER LLP

September 19, 2023
Page 2

      Accordingly, we respectfully request that this Court grant Defendant's application to extend Defendant's time to respond to the Complaint through November 3, 2023, by "So Ordering" this letter in the space provided below. We are, of course, available to discuss the matter at the Court's convenience.

      Respectfully submitted,

      RIVKIN RADLER LLP

      *Lawrence S. Han*
      Lawrence S. Han

**The request to extend the time to respond to the complaint until November 3 is granted. The initial pretrial conference is adjourned to November 29 at 2:30 p.m.**

**Dated: New York, New York**
      **September 10, 2023**

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

7725849.v1