UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JASMINE TORO, on behalf of herself and all : 23-cv-7055 (SHS)
others similarly situated,

                           Plaintiffs,          ORDER

         -against-

WHITE ELEGANCE, INC.,

                           Defendant.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today by telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that the last day to file the revised consent decree and stipulation of dismissal is December 13, 2023.

Dated: New York, New York
          November 29, 2023

                                                      SO ORDERED:

                                                      Sidney H. Stein, U.S.D.J.